NOTE: SUMMARY OPINION, SEE NORTH DAKOTA RULES OF APPELLATE PROCEDURE, RULE 35.1
Per Curiam.
[¶ 1] Charles E. Syvertson appeals from a judgment dismissing his complaint under Rule 12(b), N.D.R.Civ.P. This Court reviews an appeal from a Rule 12(b), N.D.R.Civ.P., dismissal in a light most favorable to the plaintiff, taking as true the allegations in the complaint. Burke v. North Dakota Dep't of Corrections andRehabilitation, 2000 ND 85, ¶ 4, 609 N.W.2d 729. Under Rule 35.1(a)(6), N.D.R.App.P., we summarily affirm the trial court's judgment.
 [¶ 2] GERALD W. VANDEWALLE, C.J.
MARY MUEHLEN MARING
WILLIAM A. NEUMANN
CAROL RONNING KAPSNER
DAVID W. NELSON, D.J.
 [¶ 3] The Honorable DAVID W. NELSON, D.J., sitting in place of SANDSTROM, J., disqualified.